■ CLARENCE LEVENTHAL, Respondent, v. ROSLYN MANOR, INC., Respondent. ROSLYN MANOR, INC., Interpleading Plaintiff-Respondent, v. JENNIE C. CAPOBIANCO, Individually and Trading as NORTH SHORE REALTY Co., Impleaded Defendant-Appellant. ROSLYN MANOR, INC., Third-Party Plaintiff-Respondent, v. LAKE SUCCESS DEVELOPERS, INC., et al., Third-Party Defendants-Respondents. — In an action to recover real estate broker's commissions, the appeals are from an order dated February 29, 1956 denying appellant's motion to open her default in appearing for trial, and from so much of an order dated May 15, 1956 as on renewal denies appellant's motion for the same relief. Order dated May 15, 1956 insofar as appealed from affirmed, with $10 costs and

disbursements. Appeal from order dated February 29, 1956 dismissed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.